| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Lisa Marie Loh**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–3951**<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _<br>EIN __–_____ |
| United States Bankruptcy Court **Northern District of Illinois**<br>Case number: **19–06292** | Date case filed for chapter **7   3/8/19** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lisa Marie Loh | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1100 Deep Woods Drive<br>Elgin, IL 60120 | |
| 4. | **Debtor's attorney**<br>Name and address | Roxanna Hipple<br>Hipple Law, P.C.<br>303 West Main Street<br>West Dundee, IL 60118 | Contact phone 847 426–2900<br>Email:  rhipple@hipplelaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew J Maxwell ESQ<br>Maxwell Law Group LLC.<br>3010 N. California Ave.<br>chicago, il 60618 | Contact phone 312 368–1138<br>Email: maxwelllawchicago@yahoo.com |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 3/11/19 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 17, 2019 at 02:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/17/19** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 19-06292-JPC
Lisa Marie Loh                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: kkrystave          Page 1 of 1            Date Rcvd: Mar 11, 2019
                            Form ID: 309A            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.
```
db          +Lisa Marie Loh,    1100 Deep Woods Drive,    Elgin, IL 60120-5043
27619522    +Bmo Harris Bank,    Attn: Bankruptcy,    Po Box 2035,    Milwaukee, WI 53201-2035
27619524    +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              S Louis, MO 63179-0040
27619527    +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
27619530    +Presence Saint Joseph Hospital,    77 N. Airlite St.,    Elgin, IL 60123-4998
27619533    +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: rhipple@hipplelaw.com Mar 12 2019 02:30:05     Roxanna Hipple,    Hipple Law, P.C.,
              303 West Main Street,    West Dundee, IL   60118
tr          +E-mail/Text: amaxwell@iq7technology.com Mar 12 2019 02:30:18     Andrew J Maxwell, ESQ,
              Maxwell Law Group LLC.,    3010 N. California Ave.,    chicago, il 60618-7090
27619521    +EDI: AMEREXPR.COM Mar 12 2019 06:03:00     Amex,    Correspondence/Bankruptcy,    Po Box 981540,
              El Paso, TX 79998-1540
27619523    +EDI: CHASE.COM Mar 12 2019 06:03:00     Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
              Wilmington, DE 19850-5298
27619525    +EDI: CBSKOHLS Mar 12 2019 06:03:00     Kohls/Capital One,    Kohls Credit,    Po Box 3120,
              Milwaukee, WI 53201-3120
27619525    +E-mail/Text: bncnotices@becket-lee.com Mar 12 2019 02:30:40     Kohls/Capital One,
              Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
27619526    +EDI: MID8.COM Mar 12 2019 06:03:00     Midland Funding,    2365 Northside Dr Ste 300,
              San Diego, CA 92108-2709
27619528    +E-mail/Text: bnc@nordstrom.com Mar 12 2019 02:30:47     Nordstrom FSB,    Attn: Bankruptcy,
              Po Box 6555,    Englewood, CO 80155-6555
27619529    +EDI: PRA.COM Mar 12 2019 06:03:00     Portfolio Recovery,    Po Box 41021,
              Norfolk, VA 23541-1021
27619531    +EDI: RMSC.COM Mar 12 2019 06:03:00     Synchrony Bank,    Attn: Bankruptcy,    Po Box 965060,
              Orlando, FL 32896-5060
27624191    +EDI: RMSC.COM Mar 12 2019 06:03:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
27619532    +EDI: WTRRNBANK.COM Mar 12 2019 06:03:00     Target,    Attn: Bankruptcy,    Po Box 9475,
              Minneapolis, MN 55440-9475
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2019 at the address(es) listed below:
```
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@iq7technology.com;trustee@maxwellandpotts.com;marchfirst_trustee@hotmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roxanna Hipple    on behalf of Debtor 1 Lisa Marie Loh rhipple@hipplelaw.com,
               rhipple62@gmail.com;r48571@notify.bestcase.com;cortiz@hipplelaw.com
                                                                                             TOTAL: 3
```